FILED:  December 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-5
(3:92-cr-00068-DJN-1)
(3:22-cv-00099-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:92-cr-00068-DJN-1<br>3:22-cv-00099-DJN |
| Date notice of appeal filed in originating court: | 12/05/2022 |
| Appellant | Richard Tipton |
| Appellate Case Number | 22-5 |
| Case Manager | Emily Borneisen<br>804-916-2704 |