FILED: December 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-5
(3:92-cr-00068-DJN-1)
(3:22-cv-00099-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court appoints Gerald Wesley King, Jr of the Federal Defenders of

Western North Carolina as lead counsel and Jeffrey Lyn Ertel of the Federal

Defender Program, Inc. as co-counsel for the appellant.

In light of this appointment, appellate counsel is granted access to sealed

district court material, with the exception of ex parte or in camera material to

which defense counsel did not have access in the district court.

All case filings must be made using the court's Electronic Case Filing system

(CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk