No. 22-5
(3:92-cr-00068-DJN-1; 3:22-cv-00099-DJN)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

**APPELLANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE HIS INITIAL BRIEF AND THE JOINT APPENDIX**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Appellant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to extend his time for filing his initial brief and joint appendix by twenty-eight (28) days, through and including March 14, 2023. The Government does not object to this

second request for an extension. In support of his Motion, Mr. Tipton states the following:

1.    Mr. Tipton, a death-sentenced prisoner, is appealing the Eastern District of Virginia's denial of his 28 U.S.C. § 2255 motion challenging his convictions and sentences for using a firearm during and in relation to a "crime of violence" or drug trafficking crime in violation of 18 U.S.C. § 924(c), in light of the Supreme Court's decision in *United States v. Davis*, __U.S.__, 139 S. Ct. 2309 (2019), holding that § 924(c)(3)(b)'s "residual clause" is void for vagueness and violates the Due Process Clause. (DE 1, 9.) As the district court denied Mr. Tipton a certificate of appealability, this Court entered a briefing order on December 8, 2022, directing him to submit his initial brief and the joint appendix by January 17, 2023. (DE 4.) This Court previously extended Mr. Tipton's time to submit these filings through February 14, 2023. (DE 12.)

2.    Undersigned counsel respectfully move this Court to extend their time for filing Mr. Tipton's initial brief and the joint appendix by twenty-eight (28) days, through and until March 14, 2023. While counsel Gerald King (who has principal responsibility for these filings) has worked

diligently to complete them, this request is necessitated by unexpected events that have occurred in the time since the Court granted his first requested extension, including but not limited to: his assumption of the representation of several North Carolina capital cases in which predecessor counsel recently passed away; extensive and unanticipated work travel out of state; preparations for a training rescheduled for February 10, 2023; and the serious illness of a family member.  These events are in addition to Mr. King's administrative duties as Chief of the Capital Habeas Unit for the Fourth Circuit and his professional obligations in other capital cases, which have recently included supervising filings in the Supreme Court of the United States in *Bixby v. Stirling*, No. 22-6690 (filed on January 30, 2023), and *Bowman v. Stirling* (due February 10, 2022).

3.      Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Richard D. Cooke, regarding the filing of this motion.  Mr. Cooke states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant an extension of twenty-eight (28) days, up to and including March 14, 2023, to file his initial brief and the joint appendix.

This, the 7th day of February, 2023.

Respectfully submitted,

*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Chief, Capital Habeas Unit
for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org