No. 22-5
(3:92-cr-00068-DJN-1; 3:22-cv-00099-DJN)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

**APPELLANT'S UNOPPOSED MOTION FOR A FOURTEEN-DAY EXTENSION OF TIME TO FILE HIS INITIAL BRIEF AND THE JOINT APPENDIX**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Appellant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to extend his time for filing his initial brief and the joint appendix by fourteen (14) days, through and including March 28, 2023, due to the unexpected rewiring and

relocation of undersigned counsel's office. The Government does not object to this third request for an extension.  In support of his Motion, Mr. Tipton states the following:

1.    Mr. Tipton, a death-sentenced prisoner, is appealing the Eastern District of Virginia's denial of his 28 U.S.C. § 2255 motion challenging his convictions and sentences for using a firearm during and in relation to a "crime of violence" or drug trafficking crime in violation of 18 U.S.C. § 924(c), in light of the Supreme Court's decision in *United States v. Davis*, __U.S.__, 139 S. Ct. 2309 (2019), holding that § 924(c)(3)(b)'s "residual clause" is void for vagueness and violates the Due Process Clause. (DE 1, 9.) As the district court denied Mr. Tipton a certificate of appealability, this Court entered a briefing order on December 8, 2022, directing him to submit his initial brief and the joint appendix by January 17, 2023.  (DE 4.) This Court previously extended Mr. Tipton's time to submit these filings through March 14, 2023. (DE 12, 14.)

2.    Undersigned counsel respectfully move this Court to extend the time for filing Mr. Tipton's initial brief and the joint appendix by fourteen (14) days, through and until March 28, 2023.  Counsel Gerald King

(who has principal responsibility for these filings) seeks this brief extension because of disruptions to his workplace. Mr. King's office and the offices of several members of his staff are being rewired and relocated—a process that was announced and initiated last week and will continue throughout this week, obliging him to pack his workspace and leaving him without consistent access to it until those repairs and moves are complete.  In addition to Mr. King's administrative duties as Chief of the Capital Habeas Unit for the Fourth Circuit and his professional obligations in other capital cases, Mr. King continues to assume the representation of several North Carolina capital cases in which predecessor counsel recently passed away and to assist with the serious illness of a family member.

3.     Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Richard D. Cooke, regarding the filing of this motion.  Mr. Cooke states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant an extension of fourteen (14) days, up to and including March 28, 2023, to file his initial brief and the joint appendix.

This, the 6th day of March, 2023.

Respectfully submitted,

*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Chief, Capital Habeas Unit
for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org