No. 22-5
(3:92-cr-00068-DJN-1; 3:22-cv-00099-DJN)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

**APPELLANT'S UNOPPOSED MOTION FOR A SEVEN-DAY
EXTENSION OF TIME TO FILE HIS INITIAL BRIEF
AND THE JOINT APPENDIX**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Appellant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to extend his time for filing his initial brief and the joint appendix by seven (7) days, through and including April 4, 2023, due to the illnesses of undersigned counsel and his

1

paralegal. The Government does not object to this fourth request for an extension.  In support of his Motion, Mr. Tipton states the following:

1. Mr. Tipton, a death-sentenced prisoner, is appealing the Eastern District of Virginia's denial of his 28 U.S.C. § 2255 motion challenging his convictions and sentences for using a firearm during and in relation to a "crime of violence" or drug trafficking crime in violation of 18 U.S.C. § 924(c), in light of the Supreme Court's decision in *United States v. Davis*, __U.S.__, 139 S. Ct. 2309 (2019), holding that § 924(c)(3)(b)'s "residual clause" is void for vagueness and violates the Due Process Clause. (DE 1, 9.) As the district court denied Mr. Tipton a certificate of appealability, this Court entered a briefing order on December 8, 2022, directing him to submit his initial brief and the joint appendix by January 17, 2023.  (DE 4.) This Court previously extended Mr. Tipton's time to submit these filings through March 28, 2023. (DE 12, 14, 16.)

2. Undersigned counsel respectfully moves this Court to extend the time for filing Mr. Tipton's initial brief and the joint appendix by seven (7) days, through and until April 4, 2023.  While undersigned counsel Gerald King (who has principal responsibility for these filings) has completed much of the initial brief, both he and his paralegal have fallen ill

2

with respiratory viruses and will be out of the office for much or all of this upcoming week. A short extension will allow them to finalize these filings after they have recovered.

3.    Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Richard D. Cooke, regarding the filing of this motion.  Mr. Cooke states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant an extension of seven (7) days, up to and including April 4, 2023, to file his initial brief and the joint appendix.

This, the 20th day of March, 2023.

Respectfully submitted,

*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Chief, Capital Habeas Unit
for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

3