No. 22-5
(3:92-cr-00068-DJN-1; 3:22-cv-00099-DJN)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

**APPELLANT'S UNOPPOSED MOTION FOR A SEVEN-DAY
EXTENSION OF TIME TO FILE HIS INITIAL BRIEF
AND THE JOINT APPENDIX**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure
and Local Rule 31(c), Appellant Richard Tipton III, by and through
undersigned counsel, respectfully moves this Court to extend his time for
filing his initial brief and the joint appendix by seven (7) days, through and
including April 11, 2023, to resolve issues with the joint appendix. The

1

Government does not object to this fifth request for an extension. In support of his Motion, Mr. Tipton states the following:

1.      Mr. Tipton, a death-sentenced prisoner, is appealing the Eastern District of Virginia's denial of his 28 U.S.C. § 2255 motion challenging his convictions and sentences for using a firearm during and in relation to a "crime of violence" or drug trafficking crime in violation of 18 U.S.C. § 924(c), in light of the Supreme Court's decision in *United States v. Davis*, __U.S.__, 139 S. Ct. 2309 (2019), holding that § 924(c)(3)(b)'s "residual clause" is void for vagueness and violates the Due Process Clause. (DE 1, 9.) As the district court denied Mr. Tipton a certificate of appealability, this Court entered a briefing order on December 8, 2022, directing him to submit his initial brief and the joint appendix by January 17, 2023.  (DE 4.) This Court previously extended Mr. Tipton's time to submit these filings through April 4, 2023. (DE 12, 14, 16, 18.)

2.      Undersigned counsel respectfully moves this Court to extend the time for filing Mr. Tipton's initial brief and the joint appendix by seven (7) days, through and until April 11, 2023. In conferring regarding the contents of the Joint Appendix in this appeal, Mr. Tipton's undersigned counsel, Gerald W. King, and the Government's counsel of record, Assistant

United States Attorney Richard D. Cooke, have determined that the inquiry promulgated by this Court in *United States v. Said*, 26 F.4th 653, 662 (4th Cir. 2022), necessitates the inclusion of the full transcript of the arguments, testimony, and instructions given at trial. Given the age of the case, the parties did not have ready access to a non-condensed version of the complete trial transcript; they also sought to avoid unnecessary replication of the Joint Appendix submitted by Mr. Tipton's co-indictee, James Roane. See DE 16, *U.S. v. Roane*, Case No. 23-1 (March 30, 2023). The parties have worked together to resolve this issue, and Mr. Tipton will submit a joint appendix that contains the required materials and, as to the trial transcript, will track the pagination of the Joint Appendix submitted by Mr. Roane — a measure that will facilitate both the Government's and this Court's review of the materials common to these appeals.

3.    Mr. Tipton requests an extension of one week to complete that process, making the Joint Appendix and Mr. Tipton's initial brief due on April 11, 2023. This request also accounts for Mr. King teaching at an out-of-state conference from April 3-6, 2023. This request stems from Mr. King's conversations with Mr. Cooke, who states that the Government does not object to the requested relief.

WHEREFORE, Appellant Richard Tipton III respectfully prays that this Court grant an extension of seven (7) days, up to and including April 11, 2023, to file his initial brief and the joint appendix.

This, the 31st day of March, 2023.

Respectfully submitted,

*/s/ Gerald W. King, Jr*
Gerald W. King, Jr.
Chief, Capital Habeas Unit
for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org