USCA4 Appeal: 22-5    Doc: 20    Filed: 03/31/2023    Pg: 1 of 1

FILED:  March 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-5
(3:92-cr-00068-DJN-1)
(3:22-cv-00099-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the opening brief and joint appendix to April 11, 2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk