FILED: April 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-5
(3:92-cr-00068-DJN-1)
(3:22-cv-00099-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's preliminary brief filed pursuant to this court's Local Rule 22(a), the court grants a certificate of appealability.

The clerk shall issue an appropriate briefing order and send a copy of this order to the clerk of the district court.

For the Court

/s/ Patricia S. Connor, Clerk