Filed:  April 27, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

### FINAL BRIEFING ORDER
_____

No.  22-5,        US v. Richard Tipton
                  3:92-cr-00068-DJN-1, 3:22-cv-00099-DJN

Briefing shall proceed on the following schedule:

_____

BRIEF [Response] due: 05/30/2023

BRIEF [Reply] (if any) due: Within 21 days of service of response brief.

_____

The following rules apply under this schedule:

- The court plans to schedule this case for oral argument. Therefore, counsel must file the electronic version and **four** identical paper copies of all briefs and appendices.
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** (available as a link from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

/s/ PATRICIA S. CONNOR, CLERK
By: Emily Borneisen, Deputy Clerk