IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 22-5 |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Government's Unopposed Motion for an
Extension of the Deadline for Filing its Response Brief**

In February 1993, a jury convicted Richard Tipton of six capital murders under § 848(e) (Counts 3, 17, 18, 19, 24, 25); conspiracy to possess cocaine base with the intent to distribute under § 846 (Count 1); engaging in a continuing criminal enterprise under § 848(a) (Count 2); committing violent crimes in aid of racketeering activity under § 1959 (Counts 4, 21, 22, 23, 27, 28, 29, 30); using a firearm in relation to a crime of violence or a drug-trafficking offense under § 924(c) (Counts 20 and 26); and possession of cocaine base with the intent to distribute under § 841(a)(1) (Counts 32 and 33).

Following a penalty hearing on the capital murder counts, the jury recommended that Tipton be sentenced to death on three of the six murders for which he was convicted under § 848(e) (Counts 3, 24, 25). The defendant is also serving multiple life sentences on other counts.

In this appeal, the defendant challenges the district court's denial of his motion to vacate his § 924(c) convictions. The defendant filed his opening brief on April 11, 2023, after receiving five extensions. (Dkt. No. 21.) On April 26, 2023, the Court granted a certificate of appealability and set a briefing schedule. (Dkt. Nos. 25–26.) The government's response brief is currently due on May 30, 2023. (Dkt. No. 26.)

Due to other court commitments, however, counsel for the government lacks sufficient opportunity to complete a response brief by the current deadline. The government has not previously sought an extension in this case and now requests a 21-day extension for filing its response brief.

Both undersigned counsel recently appeared before this Court for oral argument during the May sitting. *See United States v. Brown*, No. 21-7752 (oral argument held on May 3, 2023); *United States v. Draven*, No. 21-7171 (oral argument held on May 4, 2023). Furthermore, the United States Attorney's Office for the Eastern District of Virginia had an additional four arguments during the May sitting. *See United States v. Smart*, No. 22-4209; *United States v. Howell*, No. 21-4634; *United States v. Smith*, No. 21-6829; *United States v. Bangiyeva*, No. 22-1066. Both undersigned counsel were deeply involved in preparing the government attorneys for those oral arguments. In addition to matters before this Court, both counsel have or had other preexisting court deadlines.

2

For these reasons, the government respectfully requests a 21-day extension of its filing deadline until Monday June 20, 2023.

Counsel for the defendant, Mr. Gerlad King, does not oppose the proposed extension.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Joseph Attias
Richard D. Cooke
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

## Certificate of Service

I certify that on May 9, 2023, I filed electronically the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By:     <u>         /s/         </u>

Joseph Attias
Assistant United States Attorney

4