IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 22-5 |
| | ) | |
| RICHARD TIPTON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**Government's Unopposed Motion for an
Extension of the Deadline for Filing its Response Brief**

In February 1993, a jury convicted Richard Tipton of six capital murders under § 848(e) (Counts 3, 17, 18, 19, 24, 25); conspiracy to possess cocaine base with the intent to distribute under § 846 (Count 1); engaging in a continuing criminal enterprise under § 848(a) (Count 2); committing violent crimes in aid of racketeering activity under § 1959 (Counts 4, 21, 22, 23, 27, 28, 29, 30); using a firearm in relation to a crime of violence or a drug-trafficking offense under § 924(c) (Counts 20 and 26); and possession of cocaine base with the intent to distribute under § 841(a)(1) (Counts 32 and 33).

Following a penalty hearing on the capital murder counts, the jury recommended that Tipton be sentenced to death on three of the six murders for which he was convicted under § 848(e) (Counts 3, 24, 25). The defendant is also serving multiple life sentences on other counts.

In this appeal, the defendant challenges the district court's denial of his motion to vacate his § 924(c) convictions. The defendant filed his opening brief on April 11, 2023, after receiving five extensions. (Dkt. No. 21.) On April 26, 2023, the Court granted a certificate of appealability and set a briefing schedule. (Dkt. Nos. 25–26.) On May 9, 2023, the Court granted the government's first motion for a time-extension. (Dkt. 28.) The government's response brief is currently due on June 20, 2023. (Dkt. No. 26.)

Due to other court commitments, however, counsel for the government lacks sufficient opportunity to complete a response brief by the current deadline. On June 12, 2023, undersigned counsel filed a response brief in the companion case of *United States v. Roane*, No. 23-1. Moreover, during the previous week, undersigned counsel were involved in emergency stay litigation in *United States v. Osman*, No. 23-6544. In addition to matters before this Court, both counsel had preexisting district court deadlines or other district court matters to attend to.

For these reasons, the government respectfully requests a 7-day extension of its filing deadline until June 27, 2023.

Counsel for the defendant, Mr. Gerald King, does not oppose the proposed extension.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:                    /s/
Joseph Attias
Richard D. Cooke
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

## Certificate of Service

I certify that on June 15, 2023, I filed electronically the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By:     <u>          /s/          </u>

Joseph Attias
Assistant United States Attorney