No. 22-5

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RICHARD TIPTON, III

Defendant-Appellant

---

CAPITAL CASE

---

**APPELLANT'S SECOND UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE HIS REPLY**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Defendant-Appellant Richard Tipton III, by and through undersigned counsel, respectfully moves this Court to extend his time for filing his reply brief by fourteen (14) days, through and including August 15, 2023. This is Mr. Tipton's second request for an extension. The

Government does not object to this request. In support of his Motion, Mr. Tipton shows the following as good cause:

1.    Mr. Tipton, a person imprisoned under a sentence of death, has appealed the Eastern District of Virginia's denial of his successive Section 2255 motion challenging his convictions and sentences for the use of a firearm during a crime of violence or drug trafficking in violation of 18 U.S.C. § 924(c).  That motion was authorized by this Court in light of *United States v. Davis*, 139 S. Ct. 2319 (2019), which invalidated "§ 924(c)'s residual clause," and following *Borden v. United States*, 141 S. Ct. 1817 (2021).

2.    This Court granted Mr. Tipton a certificate of appealability on April 26, 2023. (DE 25.) On April 27, 2023, this Court entered a briefing order directing the Government to file its response by May 30, 2023. (DE 26.)  Following extensions of time (DE 28, 31), the Government filed its response on June 27, 2023. (DE 34.) On July 12, 2023, this Court granted Mr. Tipton's unopposed motion for extension of time. (DE 37.) His reply is presently due on August 1, 2023.

3.    Undersigned counsel Gerald King, who has principal responsibility for this pleading, respectfully moves this Court to extend the

2

time for filing Mr. Tipton's reply by fourteen days, through and until August 15, 2023.  In the time since filing Mr. Tipton's first extension motion, Mr. King has been ill for more than a week and is still out of the office. Mr. King has also had unexpected administrative obligations as Chief of the Capital Habeas Unit for the Fourth Circuit due to the ongoing budgetary situation. In addition to his professional obligations in other capital cases (including the initiation of a new federal habeas petition in the South Carolina district court), Mr. King is teaching at a conference out-of-state from August 9 through August 13.

4.    Mr. King has contacted the Government's counsel of record, Assistant United States Attorney Joseph Attias, regarding the filing of this motion. Mr. Attias states that the Government does not object to the requested relief.

WHEREFORE, Movant Richard Tipton III respectfully prays that this Court grant him a fourteen-day extension of time, through and including August 15, 2023, to file his reply.

This, the 25th day of July, 2023.

_/s/ Gerald W. King, Jr_
Gerald W. King, Jr.
Chief, Capital Habeas Unit

3

for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
Direct: (704) 688-6946
E-mail: gerald_king@fd.org

Jeffrey Lyn Ertel
Ga. Bar No. 249966
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Jeff_Ertel@fd.org

Counsel for Richard Tipton, III.

## CERTIFICATE OF SERVICE

I, Gerald King, certify that on this, the 25th day of July, 2023, the foregoing document, ***Unopposed Motion for an Extension of Time to File Reply***, was duly served on Assistant United States Attorneys Richard D. Cooke and Joseph Attias by CM/ECF.

This 25th day of July, 2023.

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Counsel for Richard Tipton, III