FILED:  August 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-5
(3:92-cr-00068-DJN-1)
(3:22-cv-00099-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's second unopposed motion for an extension of time to file a reply brief, the court grants the motion. Any reply brief due on or before August 15, 2023.

For the Court

/s/ Patricia S. Connor, Clerk