# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 14, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


Re:   Richard Tipton
       v. United States
       No. 24-5322
       (Your No. 22-5)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 12, 2024 and placed on the docket August 14, 2024 as No. 24-5322.


Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst